PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00145-ADA-BAM |
| Plaintiff, | STIPULATION TO VACATE TRIAL AS TO FLORENTINO GUTIERREZ AND SET CASE FOR CHANGE OF PLEA AND ORDER THEREON |
| v. | |
| ERNESTO ZIBRAY, | Court: Hon. Ana de Alba |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a trial confirmation hearing on October 23, 2023, at 8:30 a.m. and a jury trial on November 7, 2023.

2.      By this stipulation, defendant now moves to vacate the trial confirmation hearing and the trial as to ERNESTO ZIBRAY and to **set the case for a change of plea hearing on February 13, 2023, at 8:30 a.m.** before the Hon. Ana de Alba.  The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing. In addition, the public health concerns cited by General Orders 611, 612, 617, 618, and 620 and subsequent general orders presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because counsel or other relevant individuals have been encouraged to telework and minimize personal contact to the greatest extent possible.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The discovery associated with this case includes investigative reports, numerous photographs and videos, hundreds of hours of recorded telephone conversations pursuant to wiretap order, cellular phone extractions, and large amounts of cellular telephone precise location data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for the defendants believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)      The government does not object to the continuance.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      Time has already been deemed excluded up to and including the date of the trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///
///
///
///
///

1          IT IS SO STIPULATED.

2      Dated:  January 17, 2023                          PHILLIP A. TALBERT
                                                         United States Attorney
3

4                                                By:  /s/ JUSTIN J. GILIO
                                                     JUSTIN J. GILIO
5                                                    Assistant United States Attorney

6

7      Dated: January 17, 2023                          /s/ *Robert Lamanuzzi*
                                                         Attorney for Defendant Ernesto Zibray
8

9

10

11     IT IS SO ORDERED.

12         Dated:    January 17, 2023               _____

13                                                 UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28